USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/08/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- X
SCOTT CAWTHON,

                  Plaintiff,

    -against-

FUJIANSHENGPUTIANSHIHANRENMAOYIYOUXIANGONGSI,

                  Defendant.
-------------------------------------------------------------------------- X

22-CV-10950 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 16, 2023, the Court denied Plaintiff's motion for default judgment without prejudice and ordered Plaintiff to submit renewed papers in compliance with the Court's order not later than Tuesday, May 30, 2023, *see* Order, Dkt. 31; and

WHEREAS to date, Plaintiff has failed to renew his motion for default judgment;

IT IS HEREBY ORDERED that not later than **Friday, June 16, 2023**, Plaintiff must renew his motion for default judgment in compliance with the Court's order or the Court will dismiss this case without prejudice for failure to prosecute.

**SO ORDERED.**

Date: June 8, 2023
New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**