USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT CAWTHON,<br><br>       *Plaintiff,*<br><br>v.<br><br>FUJIANSHENGPUTIANSHIHANRENMAOYIYOUXIANGONGSI,<br><br>       *Defendant.* | Civil Action No.<br>1:22-cv-10950<br><br><br>**DEFAULT JUDGMENT** |

  This action having been commenced on December 29, 2022 by the filing of the Summons and Complaint [ECFs 1, 4], and a copy of the Summons and Complaint having been served on defendant Fujianshengputianshihanrenmaoyiyouxiangongsi's email address (ldb8856@163.com) on January 26, 2023, pursuant to the January 26, 2023 court order [ECF 11], and proof of service having been filed on April 6, 2023, [ECF 16], and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the defendant not having responded to the plaintiff's motion for default judgment [ECF 37], and the defendant not having attended the July 12, 2023 default judgment hearing [ECF 38], it is

  ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $150,000 with post-judgment interest at the federal rate pursuant to 28 U.S.C. § 1961 plus costs and disbursements and reasonable attorney's fees of this action in the amount of $5,000.

  The Clerk of Court is respectfully directed to close all open motions and to close the case.

DATED: July 12, 2023 New York, New York

                   *Valerie Caproni*
                   _____
                      U.S.D.J.